| | |
|---|---|
| 1 | Martin & Bonnett PLLC |
| 2 | Susan Martin AZ019859<br>Jennifer Kroll AZ014226 |
| 3 | 4647 N. 32nd Street, Suite 185<br>Phoenix, Arizona 85018 |
| 4 | Ph: 602-240-6900<br>smartin@martinbonnett.com |
| 5 | jkroll@martinbonnett.com |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Higgins,<br><br>   Plaintiff,<br><br>   v.<br><br>The Lincoln National Life Insurance Company, Wells Fargo & Company Long Term Disability Income Plan, Wells Fargo & Company,<br><br>   Defendant. | No. 2:23-cv-01617-SRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

   Plaintiff Donald Higgins and Defendants The Lincoln National Life Insurance Company, Wells Fargo & Company Long Term Disability Plan, and Wells Fargo & Company, by undersigned counsel, stipulate and agree that this action may be dismissed in its entirety, with prejudice. The parties shall bear their own attorney's fees and costs.

   RESPECTFULLY SUBMITTED this 8th day of May 2024.

                           MARTIN & BONNETT, P.L.L.C.

                           By:   /s/ Jennifer Kroll_____
                                 Jennifer Kroll
                                 Susan Martin
                                 4647 N. 32nd Street, Suite 185
                                 Phoenix, AZ 85018
                                 *Attorneys for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Ann-Martha Andrews (w/permission)
Ann-Martha Andrews
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
*Attorneys for Defendant The Lincoln National Life Insurance Company*

FISHER & PHILLIPS LLP

By: /s/ Kathleen McLeod Caminiti (w/permission)
Kathleen McLeod Caminiti
430 Mountain Avenue, Suite 303
Murray Hill, NJ 07974
*Attorneys for Defendants Wells Fargo & Company Long Term Disability Income Plan, Wells Fargo & Company*

2