# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Higgins, | No. CV-23-01617-PHX-SRB |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| The Lincoln National Life Insurance Company, Wells Fargo & Company Long Term Disability Income Plan, Wells Fargo & Company, | |
| Defendant. | |

Before the Court is the parties' Stipulation for Dismissal With Prejudice (Doc. 36),

IT IS ORDERED that this action is dismissed in its entirety, with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 9th day of May, 2024.

_____
Susan R. Bolton
United States District Judge